UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 20-25276-CV-GRAHAM/MCALILEY

CARMEN RIOCABO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (ECF No. 19) on Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 18).

On October 18, 2021, the Honorable United States Magistrate Judge Chris M. McAliley issued a Report and Recommendation recommending that the Court grant Plaintiff's Motion and award Plaintiff $1350.57 in attorneys' fees pursuant to 28 U.S.C. § 2412(d)(1)(A) (ECF No. 19).

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties had 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court. As of the date of this Order, the parties have filed no objections.

1

After a careful review of the record, this Court affirms the Report and Recommendation, finding it demonstrates an exhaustive review of the record and makes findings consistent with the law.

Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Chris M. McAliley's Report and Recommendation (ECF No. 19) is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 18) is hereby **GRANTED**. Plaintiff is awarded $1350.57 in attorneys' fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of November, 2021.

                                                s/ Donald L. Graham
                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

cc:   All counsel of record